MARTIN *et al. v.* CAMPBELL PRINTING PRESS AND MANUFACTURING COMPANY *et al.*

FISH, J. Upon a careful consideration of the evidence contained in the record, it does not appear that any error was committed by the trial judge in passing the interlocutory order complained of in the bill of exceptions. *Judgment affirmed. All the Justices concurring.*

Argued June 24, — Decided July 22, 1898.

Injunction and receiver. Before Judge Lumpkin. Fulton county. June 3, 1898.

*Walter R. Brown,* for plaintiffs. *Harvey Hatcher Jr., E. M. & G. F. Mitchell, Glenn & Rountree, J. A. Noyes* and *R. B. Blackburn,* for defendants.

---

CITY AND SUBURBAN RAILWAY COMPANY *v.* LEAPYEAR.

LEWIS, J. There was no error in the charge of the court complained of, when construed in the light of the context. There was some evidence to authorize the verdict, it was not excessive, and this court will not interfere with the discretion of the trial judge in overruling the motion for a new trial.
*Judgment affirmed. All the Justices concurring.*

Argued June 9, — Decided July 22, 1898.

Action for damages. Before A. H. MacDonell, judge pro hac vice. City court of Savannah. July term, 1897.

*Barrow & Osborne,* for plaintiff in error.

*Lacy M. Norwood* and *McAlpin & LaRoche,* contra.